| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHARON POTTS, | ) | |
| | ) | No. C 06-5439 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES;** |
| | ) | **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about September 5, 2006, and Defendants' Answer is currently due on December 5, 2006.

   2. Pursuant to this Court's September 5, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on December 5, 2006, and attend a case management conference on December 12, 2006.

   3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Second Stip to Ext Time
C 06-5439 PVT

| | | |
|---|---|---|
| 1 | Defendant's Answer: | December 26, 2006 |
| 2 | Last day to file Joint ADR Certification: | December 12, 2006 |
| 3 | Last day to file/serve Joint Case Management Statement: | December 26, 2006 |
| 4 | Case Management Conference: | January 2, 2007 at 2:00 p.m. |

Dated: November 21, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: November 21, 2006                    _____/s/_____
AMIE D. MILLER
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  11/29/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

Second Stip to Ext Time
C 06-5439 PVT